# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0631
_____

RON CHRISTOPHER HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, John Jefferson Knowles, Assistant Public Defender, Megan Lynne Long, Assistant Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda Lee Butson, Assistant Attorney General, Tallahassee, for Appellee.